IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HANJIN SHOPPING CO., LTD., | ) | Case No. 8:09cv39 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Randolph Donatelli and Raymond Hasiak, counsel for the parties,

**IT IS ORDERED:**

1. On or before **August 23, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 21st day of June 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge