## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HANJIN SHIPPING CO., LTD.,** | ) | **CASE NO. 8:09CV39** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER AND** |
| | ) | **FINAL JUDGMENT** |
| **UNION PACIFIC RAILROAD** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 34). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney fees. Accordingly,

IT IS ORDERED:

1.   The parties' Joint Stipulation for Dismissal (Filing No. 34) is approved;

2.   All claims asserted by Plaintiff Hanjin Shipping Co., Ltd. against Defendant Union Pacific Railroad Company, are dismissed with prejudice; and

3.   The parties will pay their own costs and attorney fees.

DATED this 25th day of October, 2010.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge